UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br>Michael English<br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 – FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Michael English _____, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Michael English _____, is a resident and citizen of the State of Arizona _____ and claims damages as set forth below.

3. Plaintiff's Spouse, n/a _____, is a resident and citizen of the State of n/a _____, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is __Arizona District Court__.

6. Plaintiff brings this action [check the applicable designation]:

☑ On behalf of [himself/herself];

☐ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

[Cross out if not applicable.]

## FACTUAL ALLEGATIONS

7. On or about __March 19, 2012__, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] __left total knee replacement__ [Type of Surgery] at the __Cambridge Hospital, 14963 Cambridge St.,__ [medical center and address], in __Cambridge, MA 02139__ [city and state], by Dr. __William Lipman__.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was __staphylococcus__ (*if known*).

2

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone _arthroscopy, antibiotic spacer, multiple irrigation and debridements and revisions_ [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about _July 2014-June 2015_, at _Mount Auburn Hospital and New England Baptist Hospital_ [medical center(s) and address(es)] by Dr(s). _Michael Mason and Anthony Schena_. [*Cross out if not applicable.*]

**ALLEGATIONS AS TO INJURIES**

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

    [✓] INJURY TO HERSELF/HIMSELF

    [ ] INJURY TO THE PERSON REPRESENTED

    [ ] WRONGFUL DEATH

    [ ] SURVIVORSHIP ACTION

    [✓] ECONOMIC LOSS

    (b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]

    [ ] LOSS OF SERVICES

    [ ] LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

    [✓] FIRST CAUSE OF ACTION - NEGLIGENCE;

☑       SECOND CAUSE OF ACTION - STRICT LIABILITY;

    ☑     FAILURE TO WARN

    ☑     DEFECTIVE DESIGN AND MANUFACTURE

☑       THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

☑       FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF __Arizona__, Ariz. Rev. Stat. Ann. §§ __47-2314, et seq__;

☑       FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

☑       SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

☑       SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

☑       EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

☑       NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF __Arizona__, Ariz. Rev. Stat. Ann. §§ __44-1522, et seq__;

☑       TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

☑       ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

☑       TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

☐       THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

☑       FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and
8. All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 6/20/2017

Respectfully submitted,
BROWN AND CROUPPEN, P.C.
/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF